UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

MACRO COMPANIES, INC.  CIVIL ACTION NO. 6:18-cv-01145

VERSUS  JUDGE SUMMERHAYS

DEARYBURY OIL & GAS, INC., ET AL.  MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for remand (Rec. Doc. 11) filed by the plaintiff, Macro Companies, Inc., is GRANTED and this matter is remanded to the 15th Judicial District Court, Lafayette Parish, Louisiana, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 10th day of December, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE